COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-186-CV

IN RE SINCLAIR RESORTS & HOTELS RELATORS

MANAGEMENT, INC., TWO BUNCH 

PALMS I, LP, TWO BUNCH PALMS II, LP, 

TWO BUNCH PALMS LLC, AND TWO 

BUNCH PALMS III, LLC

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered the “Petitioners' Unopposed Motion To Withdraw Petition For Writ Of Mandamus.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: DAY, LIVINGSTON, and WALKER, JJ.

DELIVERED: July 17, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4
.